No. 755. JOHN H. LOTHROP *v.* OREGON-WASHINGTON RAILROAD AND NAVIGATION COMPANY. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James*

*G. Wilson* and *John F. Reilly* for petitioner. *Mr. Arthur C. Spencer* for respondent.

